U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

April 2, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/02/2024

**BY ECF**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 443
New York, NY 10007

   Re: *United States v. Melvin Ely,* 21 Cr. 603 (VEC)

Dear Judge Caproni:

  The Government writes to request that defendant Melvin Ely's sentencing date, which is presently set for April 25, 2024, be adjourned to late summer or early fall. The reason for this request is that Ely's cooperation is not yet complete, as he is expected to testify at trial set to begin on June 24, 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Ryan B. Finkel
Daniel G. Nessim
Assistant United States Attorneys
(212) 637-6612/-2486

---

Application GRANTED. The sentencing hearing in this matter is ADJOURNED to **Friday, October 11, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' sentencing submissions are due **September 27, 2024**. Not later than **April 12, 2024**, the parties must show cause why the matter should not be unsealed in light of the fact that Mr. Ely's cooperation is public.

SO ORDERED.

*[signature]* 04/02/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE