```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA              :
                                      :
         -against-                    :       21-CR-603 (VEC)
                                      :
MELVIN ELY,                           :       ORDER
                                      :
                         Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 15, 2024, the parties informed the Court that they do not object to unsealing this matter.

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to UNSEAL this matter.

**SO ORDERED.**

Date:  April 15, 2024
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**