UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v. -

MELVIN ELY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SEALED ORDER**

21 Cr. 603 (VEC)

WHEREAS, an application has been made by the United States of America, with the defendant's consent, for the closing of the courtroom for the above-captioned defendant's guilty plea; the sealing of the transcript of such proceeding, and the plea agreement; and the temporary delay of any docket entries in the above-captioned case;

WHEREAS, the Court finds that active law enforcement investigations may be compromised if the Government's application is not granted;

IT IS HEREBY ORDERED that the courtroom shall be closed for the defendant's guilty plea; the transcript of such proceeding, the plea agreement between the defendant and the Government, this Order, and the Government's application for this Order, shall be sealed; and

IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter until further order by this Court; and

IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the transcript of the proceedings without further Order of the Court; and

IT IS FINALLY ORDERED that the Government shall report to the Court on or before six months after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

SO ORDERED:

Dated:   New York, New York
         April _4_, 2022

*[signature]*

THE HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK