

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, New York 10278*

October 15, 2024

**MEMO ENDORSED**

**BY ECF**
Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2024
```

    Re:    *United States v. Melvin Ely,* 21 Cr. 603 (VEC)

Dear Judge Caproni:

    The Government writes to respectfully request that the Court permit the Government to file its letter, pursuant to Section 5K1.1 of the Sentencing Guidelines ("5K Letter") in advance of the sentencing of Melvin Ely, in partially redacted form. Consistent with the Court's Individual Rules, a redacted version of the 5K Letter has been filed on ECF and a copy of the proposed redactions have been submitted to Chambers under seal. The defendant consents to this request. The proposed redactions overcome the presumption of public access because the redactions are narrowly tailored and reflect sensitive information regarding the defendant's family members or law enforcement investigative methods, the public disclosure of which may have negative consequences. Accordingly, the Government respectfully requests that the Court permit the public filing of a partially redacted 5K Letter.

                                  Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

                       by:    /s/_____
                                  Rushmi Bhaskaran
                                  Qais Ghafary
                                  Rebecca Delfiner
                                  Assistant United States Attorneys
                                  (212) 637-2534

                       Cc:  James M. Branden, Esq. (via ECF and email)

Application GRANTED with respect to the proposed redactions in Section I.c. of the Government's sentencing submission. Application DENIED without prejudice with respect to all other proposed redactions.

Not later than **Monday, October 21, 2024,** the Government must either file a version of its sentencing submission removing all redactions other than those in Section I.c., or file a letter explaining why information that Mr. Ely made public when he testified in open court should nevertheless be redacted.

SO ORDERED.

*[signature]*   10/16/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE