UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-   21-CR-603 (VEC)

ORDER

MELVIN ELY,
                Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that Mr. Ely's sentencing, currently scheduled for October 24, 2024, is ADJOURNED to **Thursday, November 21, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: October 21, 2024
      New York, NY

                                       **VALERIE CAPRONI**
                                       **United States District Judge**