```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
            v.                      :    Cr. No. 21-603 (VEC)
MELVIN ELY,                         :    ORDER
            Defendant.              :
------------------------------------x
```

WHEREAS, Mr. Ely was arrested in this matter on October 7, 2021, in the Northern District of Illinois, and was released on bail with certain conditions;

WHEREAS, pursuant to those conditions, Mr. Ely surrendered his passport to the Pretrial Services Office in the Northern District of Illinois;

WHEREAS, Mr. Ely entered a guilty plea before this Court to resolve the outstanding charges, and, on November 21, 2024, he was sentenced to, *inter alia* time served and six months' supervised release; and

WHEREAS, at sentencing, counsel for Mr. Ely requested the immediate return to Mr. Ely of his passport and the Court granted that request;

1

It is hereby ORDERED that the Pretrial Services Office in the Northern District of Illinois return to Mr. Ely his passport forthwith.

Dated:    November 26, 2024
          New York, New York

*Valerie Caproni* (signature)
_____
Hon. Valerie E. Caproni
U.S.D.J.